IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: WILLIAM LAVAN,

                        MISC-S-11-0019 GEB GGH

                        <u>ORDER TO SHOW CAUSE</u>

_____/

        Presently before court is Lavan's petition to issue an order enforcing a subpoena[1] issued by the Kingston Crown Court in England. The subpoena is directed at Facebook and requests records of incoming and outgoing messages and data records in regard to Lavan's Facebook account for the period from January, 2 010 to April 2010, in accordance with an order issued by the court in England.[2] After reviewing the papers submitted in support of the request, the court now issues the following order.

        Accordingly, IT IS ORDERED that:

  1. Lavan show cause within twenty-one (21) days why this court should issue the requested discovery order in light of <u>Intel v. Advanced Micro Devices, Inc.</u>, 542 U.S. 241,124

---

[1] The court in England uses the term "summons."

[2] Facebook was served with the original order issued by the British court but was not served with notice of the instant action.

1

S.Ct. 2466 (2004), and <u>In Re Search of the Premises Located at 840 140th Avenue NE, Bellevue, Washington</u>, ___ F.3d ___, 2011 WL 293821 (9th Cir. 2011); and

     2. Lavan's counsel show cause within twenty-one (21) days why she should be heard in this case despite E.D. Local Rule 180 which requires that counsel appearing before this court either be admitted to the Bar of this court, proceed with local counsel who is admitted to the Bar of this court, or be approved to appear in Pro Hac Vice; it appears that she is not admitted to practice before any Bar of the United States.

DATED: February 24, 2011

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Lavan0019.osc.wpd